PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                                                                    Crim. No. CR-05-50039-PHX-DGC

DANIEL GARCIA

On 03/03/2005 the above named was placed on supervised release for a period of 2 years. He/she has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

Pascual Linarez
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  1  day of December , 2006.

Daniel G. Campbell
The Honorable David G. Campbell
United States District Judge